**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

EDDIE ARTHUR POINDEXTER, JR.                                    PLAINTIFF
ADC #121353

v.                                    4:22-cv-00676-JM-JJV

J.D. BROWN, Officer, Tucker Unit; *et al.*                      DEFENDANTS

## <u>ORDER</u>

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and the record *de novo*. After the Recommendation was filed, Plaintiff filed a Pro Se Amended Complaint (Doc. 14) which the Court deems a Motion for Leave to File a Second Amended Complaint. In it, Plaintiff provides a more detailed explanation of his claim against Defendants Smith and Brown. Therefore, the Motion for Leave to File a Second Amended Complaint is granted.

In light of the amendment, the Recommendation is declined as to Plaintiff's failure to protect claim against Defendants Smith and Brown. The Court adopts the Recommendation and its findings as it relates to Plaintiff's equal protection, due process, and vicarious liability claims.

IT IS THEREFORE ORDERED that:

1.     The Clerk is directed to rename Docket No. 14 as a Motion for Leave to file Second Amended Complaint.

2.     The Motion (Doc. 14) is GRANTED, and the Clerk is directed to file it as a Second Amended Complaint.

3.     Plaintiff's equal protection, due process, and vicarious liability claims, as well as Defendants Griffin, Emsweller, and Budnick are DISMISSED without prejudice.

4.      The case is referred back to Judge Volpe for service on Plaintiff's failure to protect

claim only as to Defendants Smith and Brown.

Dated this 10th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE