IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EDDIE ARTHUR POINDEXTER, JR.                                                    PLAINTIFF
ADC #121353

v.                                    4:22-cv-00676-JM-JJV

JAMESHIA D. BROWN,
Officer, Tucker Unit; *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.   No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommended Disposition in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that Defendant Brown's Motion to Dismiss (Doc. 21) is DENIED.

Dated this 7th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE