# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

EDDIE ARTHUR POINDEXTER, JR.                                           PLAINTIFF
ADC #121353

v.                              4:22-cv-00676-JM

JAMESHIA D. BROWN,
Officer, Tucker Unit; *et al.*                                        DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 47). No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommended Disposition in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that the Motion for Summary Judgment (Doc. 42) is GRANTED, Plaintiff's claim against Defendants Brown and Smith is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 7th day of June 2023.

_____
UNITED STATES DISTRICT JUDGE