**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

EDDIE ARTHUR POINDEXTER, JR.                                                PLAINTIFF
ADC #121353

v.                                                4:22-cv-00676-JM

J.D. BROWN, Officer, Tucker Unit; *et al.*                                  DEFENDANTS

## JUDGMENT

Consistent with the Orders entered today and previously (Docs. 15), Plaintiff's claims are dismissed without prejudice, and this case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 7th day of June 2023.

_____
UNITED STATES DISTRICT JUDGE